UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE KING,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>WATER RESOURCES, et al.,<br><br>    Defendants. | No. 2:17-cv-1257-MCE-EFB PS<br><br><br><br>ORDER |

    The court previously denied plaintiff's motion for appointment of counsel, dismissed her complaint for failure to state a claim, and granted her thirty days to file an amended complaint. Plaintiff now requests the court reconsider its order denying her motion for appointment of counsel and grant her thirty additional days to file an amended complaint. ECF No. 7.

    As previously explained to plaintiff, 28 U.S.C. § 1915(e)(1) authorizes the appointment of counsel to represent an indigent civil litigant in certain exceptional circumstances. *See Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir 2004); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Richards v. Harper*, 864 F.2d 85, 87 (9th Cir. 1988). In considering whether exceptional circumstances exist, the court must evaluate (1) the plaintiff's likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell*, 935 F.2d at 1017. Contrary to plaintiff's

1

contention, there is no indication that this employment discrimination action presents novel or complex issues. Further, plaintiff's likelihood of success or the degree of plaintiff's ability to articulate her claims do not amount to exceptional circumstances justifying the appointment of counsel at this time. Accordingly, plaintiff's request for appointment of counsel is denied.

In light of plaintiff's pro se status, the court will grant plaintiff's request for a thirty-day extension of time to file. Plaintiff is admonished that failure to file her amended complaint within thirty days of the date of this order will result in a recommendation that this action be dismissed for failure to prosecute and/or follow court orders. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

DATED: August 29, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE