UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE KING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>WATER RESOURCES, et al.,<br><br>　　　　Defendants. | No.  2:17-cv-1257-MCE-EFB PS<br><br><br>ORDER |

　　　　On March 5, 2020, the court informed plaintiff she could proceed with her potentially cognizable claim for violation of Section 504 of the Rehabilitation Act against defendant California Department of Water Resources or file a second amended complaint.  ECF No. 14.  Plaintiff has elected not to amend her complaint and to proceed only with the claim identified by the court as viable.  ECF No. 16.

　　　　Accordingly, IT IS ORDERED that:

　　　　1.  Service is appropriate for defendant California Department of Water Resources.

　　　　2.  The Clerk of Court shall send plaintiff one USM-285 form, one summons, a copy of the complaint, this court's scheduling order, and the forms providing notice of the magistrate judge's availability to exercise jurisdiction for all purposes.

3. Plaintiff is advised that the U.S. Marshal will require:

    a. One completed summons;

    b. One completed USM-285 form for defendant California Department of Water Resources;

    c. A copy of the complaint for California Department of Water Resources, with an extra copy for the U.S. Marshal; and,

    d. A copy of this court's scheduling order and related documents for California Department of Water Resources.

4. Plaintiff shall supply the United States Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall, within 14 days thereafter, file a statement with the court that said documents have been submitted to the United States Marshal.

5. The U.S. Marshal shall serve process, with copies of this court's scheduling order and related documents, within 90 days of receipt of the required information from plaintiff, without prepayment of costs. The United States Marshal shall, within 14 days thereafter, file a statement with the court that said documents have been served. If the U.S. Marshal is unable, for any reason, to effect service of process on any defendant, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

6. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: June 5, 2020.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE