1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELISE KING,                              No.  2:17-cv-1257-MCE-EFB PS

12              Plaintiff,

13       v.                                   FINDINGS AND RECOMMENDATIONS

14   CALIFORNIA DEPARTMENT OF
     WATER RESOURCES, et al.,
15
                Defendants.
16

17

18       On March 5, 2020, the court determined that service of the complaint is appropriate for

19   defendant California Department of Water Resources ("DWR"), but not for remaining eight

     defendants.[1]  ECF No. 14.   The court informed plaintiff she could proceed with her
20
     Rehabilitation Act claim against defendant DWR or file an amended complaint within 30 days.
21
     *Id*.  Plaintiff has elected to proceed only with the claim against DWR.  *See* ECF No. 16.
22
         Accordingly, it is hereby recommended that plaintiff's claims, with the exception of her
23
     Rehabilitation Act claim against DWR, be dismissed without prejudice.
24
         These findings and recommendations are submitted to the United States District Judge
25
     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
26

27   _____
     [1]  This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to
28   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

                                             1

1  after being served with these findings and recommendations, any party may file written

2  objections with the court and serve a copy on all parties.  Such a document should be captioned

3  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

4  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

5  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

6  DATED:  August 14, 2020.

7

8                           EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28