UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE KING,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, et al.,<br><br>Defendants. | No. 2:17-cv-1257-MCE-EFB PS<br><br><br><br>ORDER |

On August 14, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 25. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed August 14, 2020, ECF No. 25, are ADOPTED in full; and

///

///

2. Plaintiff's claims, with the exception of her Rehabilitation Act claim against DWR, are DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: September 8, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE