UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE KING,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, *et al.*,<br><br>         Defendants. | Case No.  2:17-cv-01257-JDP<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 37 |

   For good cause shown, the court's December 9, 2020, order to show cause, ECF No. 37, is hereby discharged.

IT IS SO ORDERED.


Dated:   December 16, 2020                             _____
                                                                           JEREMY D. PETERSON
                                                                           UNITED STATES MAGISTRATE JUDGE