UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>WATER RESOURCES, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01257-JDP<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER AND STAYING THE CASE<br><br>ECF No. 40<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING DISCOVERY AS MOOT<br><br>ECF No. 41 |

　　　　Defendant Department of Water Resources ("DWR") seeks to delay discovery while the court considers a pending dispositive motion. ECF No. 40. For good cause shown, this motion is granted and the deadlines in the scheduling order are stayed. If necessary, the court will issue a new scheduling order after the pending dispositive motion is decided.

　　　　Additionally, plaintiff filed a motion seeking to limit discovery. ECF No. 41. With discovery stayed, this motion is denied as moot. Plaintiff may re-raise this issue, if necessary, after the new scheduling order issues.

Accordingly,

1. defendant DWR's motion to modify the scheduling order, ECF No. 40, is granted;
2. plaintiff's motion seeking to limit discovery, ECF No. 41, is denied as moot; and
3. the pre-discovery motion conference set for June 29, 2021 is vacated.

IT IS SO ORDERED.

Dated: June 25, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE